EL PUEBLO, DEMANDANTE Y APELADO, *v.* CONCEPCIÓN, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en causa por mutilación. Moción sobre corrección de autos.

No. 1909.—Resuelto en marzo 28, 1922.

INSTRUCCIONES Y DENEGACIÓN DE INSTRUCCIONES AL JURADO NO EXCEPCIONADAS— EXPOSICIÓN DEL CASO EN MATERIA CRIMINAL.—No es motivo para ordenar que no se incluyan en el pliego de exposición del caso las instrucciones de la corte al jurado así como la denegación de las propuestas por el acusado, el hecho de que no fueran excepcionadas oportunamente, pues aunque no lo hubieran sido pueden ser examinadas por el Tribunal Supremo para considerar si cometió la corte error fundamental al dar y negar instrucciones.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. J. R. Aponte.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Para tramitar el apelante el presente recurso presentó en la corte inferior una exposición del caso que fué aprobada por el juez sentenciador, pero eliminando de ella las instrucciones dadas al jurado y la denegación de las propuestas por el abogado del acusado porque no fueron excepcionadas, y por esto dichas instrucciones no figuran en la transcripción de los autos que remitió el secretario. El apelante nos pidió que ordenásemos al secretario que remitiera dichas instrucciones, de acuerdo con el artículo 356 del Código de Enjuiciamiento Criminal, según quedó enmendado en Ley de 7 de marzo de 1908, y así lo decretamos, habiendo enviado dicho secretario un pliego con las instrucciones, haciendo constar que así están consignadas en el pliego de exposición del caso presentado por el acusado y que fueron eliminadas por orden de la corte, sin que dichas instrucciones orales hayan sido puestas por escrito ni firmadas por el juez. En vista de todo esto se nos pide ahora que ordenemos al secretario de la corte inferior remita dichas instrucciones debidamente autenticadas por el juez, a quien se hará extensiva la orden.

Para que podamos tomar en consideración las instrucciones dadas por el juez al jurado es necesario que aquél las haya certificado. *El Pueblo* v. *Coll,* 18 D. P. R. 361; *El Pueblo* v. *Laporte,* 19 D. P. R. 45; *El Pueblo* v. *Ortiz,* 19 D. P. R. 305. Dispone la regla 76 de nuestro Reglamento que si se nos pide que se agreguen a los autos las instrucciones dadas al jurado en el tribunal inferior se denegará dicha solicitud a menos que el apelante pruebe que antes de la transmisión de los autos a este tribunal ha tratado de conseguir que las instrucciones fuesen puestas por escrito, y firmadas por el juez, y que su petición en tal sentido ha sido denegada por razones improcedentes.

Según declaración jurada del abogado del apelante obtuvo del taquígrafo del tribunal copia certificada de las instrucciones dadas por el juez al jurado escritas en maquinilla y las incluyó en el pliego de exposición del caso, pero fueron eliminadas de él y no certificadas por el fundamento de no haber sido excepcionadas. Esta razón era improcedente para eliminar de la exposición del caso las instrucciones dadas al jurado, pues aunque no hayan sido excepcionadas pueden ser examinadas por nosotros para considerar si en ellas cometió la corte algún error fundamental. *El Pueblo* v. *Fernández,* 14 D. P. R. 630; *El Pueblo* v. *Barrios,* 23 D. P. R. 831; *El Pueblo* v. *López,* 24 D. P. R. 437; *El Pueblo* v. *Hernández,* 25 D. P. R. 660; *El Pueblo* v. *Ramírez de Arellano,* 25 D. P. R. 263; *El Pueblo* v. *Figueroa,* 26 D. P. R. 754.

Estando amparado el apelante por la regla citada debe librarse orden al secretario para que remita a este tribunal las instrucciones dadas por el juez al jurado, certificadas por el juez, y también las que fueron pedidas y denegadas.

*Declarada con lugar la moción.*

Jueces concurrentes: Sres. Presidente del Toro, y Asociados Wolf y Hutchison.